UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CELENA PARKER, as Personal Representative,
for the ESTATE OF DAMITA K. PARKER, deceased,

    Plaintiff,

v.

WILLIAM BEAUMONT HOSPITAL d/b/a
BEAUMONT HOSPITAL, ROYAL OAK,
BEAUMONT HEALTH d/b/a ROYAL OAK HOSPITAL,
Severally,

    Defendants,

Civil Action No.: 20-cv-12475
Honorable Denise Page Hood
Magistrate Elizabeth A. Stafford

_____

| | |
|---|---|
| JEFFREY T. MEYERS (P34348) | DANIEL J. DULWORTH (P41784) |
| JACOB A. DERRICK (P84487) | DAVID M. CESSANTE (P58796) |
| Attorneys for Plaintiff | STEPHANIE V. ROMEO (P83079) |
| 3200 Greenfield, Suite 260 | Clark Hill, PLC |
| Dearborn, MI 48120 | Attorneys for Defendants |
| (313) 961-0130 Fax: 8178 | 500 Woodward Ave., Ste. 3500 |
| jmeyers@jeffmeyerslaw.com | Detroit, MI 48226 |
| jderrick@jeffmeyerslaw.com | (313) 965-8300 |
| | ddulworth@clarkhill.com |
| | dcessante@clarkhill.com |
| | sromeo@clarkhill.com |

_____

**PLAINTIFF'S MOTION FOR ENTRY OF ORDER TO AUTHORIZE DISTRIBUTION OF WRONGFUL DEATH PROCEEDS**

NOW COMES, Plaintiff, CELENA PARKER, as Personal Representative, for the ESTATE OF DAMITA K. PARKER, Deceased, by and through her attorneys, MEYERS LAW, PLLC, and respectfully requests this Honorable Court enter an Order Authorizing Distribution of Wrongful Death Proceeds, in the above action for the following reasons:

1.      On February 14, 2024, this Honorable Court entered an Order Granting Plaintiff's Motion to Approve Confidential Settlement, Costs, Attorney Fees and Partial Distribution of Wrongful Death Proceeds. (**Exhibit 1**, Order Granting Plaintiff's Motion to Approve Confidential Settlement).

2.      Attorney Les C. Braverman has been appointed Guardian Ad Litem of the minor grandchildren Cryshawna Hall, Shawn Hall, William Parker, and Evan Parker (**Exhibit 2**, Stipulated Order Appointing Guardian Ad Litem).

3.      Prior to, or at the time of the hearing, Mr. Braverman will provide his Guardian Ad Litem report.

4.      All individuals having potential interest in the proceeds of this settlement will be notified and provided with a copy of this motion and Notice of Hearing, in accordance with MCL 600.2922(6)(b) and MCL 700.3924(2)(b), once the hearing date is set by this Honorable Court.

5.      No portion of the settlement proceeds shall be allocated to the Estate of Damita Parker.

6.      The Personal Representative is requesting the entry of an Order Authorizing Distribution of Wrongful Death Proceeds, consistent with a **Confidential Exhibit A** that will be provided to the Court at the time of the hearing and which will be retained by the parties. The exhibit will describe a proposed distribution consistent with any Waivers executed by any individual having a potential interest in the settlement proceeds. MCL 600.2922(6).

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an Order Authorizing Distribution of Wrongful Death Proceeds for the reasons set forth above.

>Respectfully submitted,
>
>MEYERS LAW, PLLC
>
>BY: /s/ Jeffrey T. Meyers_____
>      JEFFREY T. MEYERS (P34348)
>      JACOB A. DERRICK (P84487)
>      Attorneys for Plaintiff
>      3200 Greenfield, Suite 260
>      Dearborn, MI 48210-1802
>      (313) 961-0130

DATED: May 30, 2024

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of May, 2024, I caused a true and exact copy of the foregoing to be filed with the Court's CM/ECF Electronic Case Filing System which should send a Notification (NEF) to the following counsel of record:

Daniel J. Dulworth
ddulwroth@clarkhill.com

David M. Cessante
dcessante@clarkhill.com

Stephanie V. Romeo
Sromeo@clarkhill.com

I certified that I have mailed by certified mail, return receipt requested, as well as by first-class mail, by United States Postal Service of **Plaintiff's Motion for Entry of Order Authorizing Distribution of Wrongful Death Proceeds,** to the following *non-CM/ECF Electron Case Filing System* participants:

| | |
|---|---|
| Judy Bell, Sister<br>28400 Lockdale Street, Apt. 201<br>Southfield, MI 48034-1920 | Les C. Braverman, Guardian Ad Litem on<br>behalf of the minor grandchildren<br>3509 Biddle Ave.<br>Wyandotte, MI 48192-6513 |
| Thomas Parker, Brother<br>1741 Schaefer<br>Detroit, MI 48227-3435 | Shawn Hall, Father<br>of Cryshawna Hall and Shawn Hall<br>17614 Roselawn<br>Detroit, MI 48221 |
| Gary Jones, Brother<br>15338 Appoline<br>Detroit, MI 48227-4006 | Liszae Bell, Mother<br>of William Parker and Evan Parker<br>26157 Princeton<br>Inkster, MI 48141 |
| Michael Parker, Brother<br>11701 Bramell Street<br>Detroit, MI 48239-1338 | Victoria Sloan<br>8283 N. Telegraph Road<br>Dearborn Heights, MI 48127 |

I declare under the penalties of perjury that the foregoing statements are true and correct to the best of my information and belief.

/s/ Jeffrey T. Meyers
Jeffrey T. Meyers

4